UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT PIERCE DIVISION

Case No. 2:20-cv-14058-ROSENBERG/MAYNARD

_____   )
                                          )
**GUSTAVO CORTEZ-ROMERO,** *et al.*       )
                                          )
        **Plaintiffs,**                   )
                                          )
**v.**                                    )
                                          )
**MARIN J CORP.** and                     )
**JORGE J. MARIN,**                       )
                                          )
        **Defendants.**                   )
                                          )
_____   )

**DEFENDANTS' RESPONSE TO PLAINTIFFS' AMENDED MOTION
FOR CONDITIONAL CERTIFICATION OF AN FLSA COLLECTIVE ACTION**

Defendants Marin J Corp. and Jorge J. Marin hereby respond to Plaintiffs' Amended Motion for Conditional Certification of an FLSA Collective Action, for Court-Authorized Notice, and for Disclosure of Names and Addresses of Potential Opt-in Plaintiffs (Docket Entry 14).

Defendants do not oppose Plaintiffs' motion. Defendants reserve the right to seek decertification of the FLSA collective action being conditionally certified at a later time. *Compere v. Nusret Miami, LLC*, 391 F.Supp.3d 1197, 1201 (S.D. Fla. 2019).

Defendants have agreed to provide Plaintiffs' counsel with access to copies of payroll records showing paychecks and pay stub detail information that were prepared by Harbor America and that contain the names and Mexican addresses of the potential opt-in plaintiffs in

the Harbor America records who were employed by the Defendant in Missouri in 2018. Access will be provided to Plaintiffs' counsel as soon as practicable for use in connection with the parties good faith efforts to resolve this matter in a prompt and cost-effective way, considering among other factors the overall economic circumstances in the country at this time and considering the effects of the COVID-19 outbreak.

Defendants negotiated revisions to Plaintiffs' proposed notice (Docket Entry 14-8), which Plaintiffs have duly incorporated. The Parties agree that the revised agreed notice, to be filed by Plaintiffs, shall be used to inform the potential opt-in plaintiffs of this lawsuit.

Dated: March 31, 2020                           Respectfully submitted,

/s/ *Ann Margaret Pointer*
Ann Margaret Pointer, Esq.
Georgia Bar Number 582750
FISHER PHILLIPS, LLP
1075 Peachtree Street, N.E.
Suite 3500
Atlanta, Georgia 30309
Telephone: (404) 240-4223
Facsimile: (404) 240-4249
E-mail: apointer@fisherphillips.com
*Pro Hac Vice motion to be filed*

/s/ *Ilanit S. Fischler*
Ilanit S. Fischler, Esq.
Florida Bar Number 106691
FISHER PHILLIPS, LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301-4202
Telephone: (954) 847-4723
Facsimile: (954) 525-8739
E-mail: ifischler@fisherphillips.com