UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-14058-CIV-Rosenberg/Maynard

Gustavo Cortez-Romero, et al.

    Plaintiff,

vs.

Marin J Corp, et al.

    Defendant.

_____ /

## MEDIATOR'S REPORT

Erika Deutsch Rotbart, Esq., the undersigned certified Mediator, reports to this Honorable Court as follows:

The Mediation was held on **August 10, 2020,** and

__X__ AN AGREEMENT WAS REACHED.

_____ The Agreement is attached with consent of the parties.

_____ NO AGREEMENT WAS REACHED; IMPASSE.

_____ The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an Agreement is filed with the Court on or before __/__/20, than this Matter shall be deemed at an impasse.

_____ Other:_____

                                            s/Erika Deutsch Rotbart
                                            Erika Deutsch Rotbart, Esq.
                                            FL Bar No. 0047686
                                            Mediator Certification No. 17024 CR

## CERTIFICATE OF SERVICE / SERVICE LIST

**I HEREBY CERTIFY** that on **August 11, 2020**, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in this Service List in the manner specified, either via transmission of the Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Gregory Scott Schell
Southern Migrant Legal Services
9851 Daphne Avenue
Palm Beach Gardens, FL 33410
Email: gschell@trla.org

Dana Gallup, Esquire
Gallup Auerbach PL
4000 Hollywood Blvd., Suite 265 South
Hollywood, FL 33021
Email:  dgallup@gallup-law.com

DEUTSCH ROTBART & ASSOCIATES, P.A.
Mediator
4755 Technology Way, Suite 106
Boca Raton, Florida 33431
Telephone: 561.361.8010
Facsimile:  561.361.8086

BY:   s/Erika Deutsch Rotbart
         Erika Deutsch Rotbart
         Florida Bar No.: 0047686
         Mediator Certification No. 17024 CR