UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-cv-14058-ROSENBERG/MAYNARD

GUSTAVO CORTEZ-ROMERO, *et al.*,

    Plaintiffs,

v.

MARIN J CORP. and JORGE J. MARIN,

    Defendants.

_____/

**GRANT OF SETTLEMENT APPROVAL AND FINAL ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court upon the parties' Joint Motion to Approve Settlement. DE 65. After careful consideration of the Motion and the Settlement Agreement, as required under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide FLSA dispute.

It is hereby **ORDERED AND ADJUDGED** that the parties' Joint Motion to Approve Settlement [DE 65] is **GRANTED** and that this action is **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement only for a period of 30 days.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 2nd day of September, 2020.

                                                  ROBIN L. ROSENBERG
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record